1206

No. 99–6323. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6328. NUTALL v. UNITED STATES; and
No. 99–6329. NUTALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 180 F. 3d 182.

No. 99–6461. McCLINTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6762. LIDDELL v. UNITED STATES; and
No. 99–6973. GAINES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 192 F. 3d 130.

No. 99–6968. HAMMOND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7268. SERRANO OSORIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–8034. WOODRUFF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8081. NESBETH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–8361. HERNANDEZ-FRANCO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8396. LOPEZ v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–8429. SUMPTER v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8645. ISSAK v. MAINE DEPARTMENT OF HUMAN SERVICES; and
No. 99–9014. HIRSI v. MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied. Reported below: 742 A. 2d 919.

No. 99–8732. BARNES v. GILMORE, GOVERNOR OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 99–8740. FIERRO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.